FRANK H. TWYEFFORT et al., Copartners under the Firm Name of TWYEFFORT & DU BOIS, Appellants, *v.* UNEXCELLED MANUFACTURING COMPANY, INC., Respondent.

(Submitted December 4, 1933; decided December 5, 1933.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.   (See 263 N. Y. 6.)